Matthew L. Lalli (6105)
Jeremy J. Stewart (12247)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
mlalli@swlaw.com
jjstewart@swlaw.com

David J. Tobin (*pro hac vice*)
MCDERMOTT WILL & EMERGY LLP
2501 North Harwood Street Suite 1900
Dallas, TX 75201
Telephone: (214) 210-2793
dtobin@mwe.com

Jay H. Reiziss (*pro hac vice*)
Alexander P. Ott (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8000
jreiziss@mwe.com
aott@mew.com

*Attorneys for Plaintiff Cricut, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| CRICUT, INC., a Delaware corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>HUNAN SIJIU TECHNOLOGY, CO. LTD., *et al.*,<br><br>　　　Defendants. | **MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT**<br><br>Case No. 2:25-cv-00071<br><br>District Judge Robert J. Shelby<br>Magistrate Judge Daphne A. Oberg |

Plaintiff Circuit, Inc., ("**Plaintiff**") through undersigned counsel and pursuant to DUCivR 7-1(a)(2)(A), hereby submits this *Motion to Extend Time for Service of Complaint* (the "**Motion**"). Plaintiff respectfully moves the Court for an order extending the time for service of the *Complaint* (ECF No. 1) and summons on Defendants Hunan Sijiu Technology Co. Ltd, Hunan Sijiu Electronic Technology Co., LTD, and Guangong Rongtu Technology Co., Ltd (collectively "**Defendants**").

Good cause exists for this extension. Pursuant Federal Rule of Civil Procedure 4(m), Plaintiff has until May 1, 2025 to serve Defendants within the United States. Plaintiff is still coordinating with the best manner to serve Defendants within the United States, which potentially includes requesting a service waiver from counsel for Defendants in a separate case pending before District Judge Robert J. Shelfy and Magistrate Judge Daphne A. Oberg, *Cricut, Inc. v. Hunan Sijiu Technology, Co. Ltd., et al,* case no. 2:24-cv-00744) in which Defendants previously agreed to waive service of that complaint. In order to provide Plaintiff additional time to coordinate service on Defendants in the United States, Plaintiff respectfully requests the Court grant a 46-day extension through Monday, June 16, 2025 for Plaintiff to serve the *Complaint* and summons to Defendants. A proposed order extending the time for service is concurrently filed herewith.

DATED this 1st day of May, 2025.

**SNELL & WILMER L.L.P.**

*/s/ Jeremy J. Stewart*
Matthew L. Lalli
Jeremy J. Stewart

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2026, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Utah by using the Court's CM/ECF system which effected service upon all counsel of record.

/s/ Debbie Withers