Matthew L. Lalli (6105)
Jeremy J. Stewart (12247)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
mlalli@swlaw.com
jjstewart@swlaw.com

David J. Tobin (*pro hac vice*)
MCDERMOTT WILL & EMERGY LLP
2501 North Harwood Street Suite 1900
Dallas, TX 75201
Telephone: (214) 210-2793
dtobin@mwe.com

Jay H. Reiziss (*pro hac vice*)
Alexander P. Ott (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8000
jreiziss@mwe.com
aott@mew.com

*Attorneys for Plaintiff Cricut, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| CRICUT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>HUNAN SIJIU TECHNOLOGY, CO. LTD., *et al.*,<br><br>    Defendants. | **ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT**<br><br>Case No. 2:25-cv-00071<br><br>District Judge Robert J. Shelby<br>Magistrate Judge Daphne A. Oberg |

This matter came before the Court on the *Motion to Extend Time for Service of Complaint* (the "**Motion**") filed by Plaintiff Circuit, Inc. ("**Plaintiff**").

For the reasons set forth in the Motion and good cause appearing, the Court hereby **GRANTS** the Motion. The Court grants a 46-day extension for service of process on Defendants Hunan Sijiu Technology Co. Ltd, Hunan Sijiu Electronic Technology Co., LTD, and Guangong Rongtu Technology Co., Ltd (collectively "**Defendants**") through Monday, June 16, 2025.

DATED this ____ May 2025.

BY THE COURT:

_____
Magistrate Judge Daphne A. Oberg
United States District Court for the District of Utah